■ FRANK T. MONACO et al., Appellants, v SHOREWOOD ESTATES, INC., et al., Respondents, and JOHN J. KELLY et al., Intervening Respondents.—In an action *inter alia* to foreclose a vendee's lien or to recover a deposit on a contract for the sale of real estate, plaintiffs appeal from so much of an order of the Supreme Court, Suffolk County, entered May 6, 1976, as (1) denied their motion for summary judgment and (2) granted the motion of John and Anita Kelly for leave to intervene. Order affirmed insofar as appealed from, with one bill of $50 costs and disbursements to respondents appearing separately and filing separate briefs, on the opinion of Mr. Justice Lazer at Special Term. Latham, Acting P. J., Margett, Rabin, Titone and Hawkins, JJ., concur.

■ ELEANOR NALVEN, Respondent-Appellant, v DANIEL NALVEN, Appellant-Respondent.—In an action in which the plaintiff wife was granted a divorce by a judgment of the Supreme Court, Westchester County, dated April 10, 1976, (1) defendant appeals, as limited by his notice of appeal and brief, from so much of the said judgment as awarded plaintiff a counsel fee of $10,000, and (2) plaintiff cross-appeals, on the ground of inadequacy, from the same portion of the judgment. Judgment modified, on the facts, by reducing the counsel fee to $7,500. As so modified, judgment affirmed insofar as appealed from, without costs or disbursements. The counsel fee was excessive to the extent indicated herein. Hopkins, Acting P. J., Damiani, Rabin, Shapiro and Hawkins, JJ., concur.